District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Christopher Allen Antcliff, Stanton & Antcliff, El Paso, TX, for Defendant–Appellant.

Before DeMOSS, DENNIS, and OWEN, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Ezequiel Chacon–Camacho raises arguments that are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. *See United States v. Pineda–Arrellano,* 492 F.3d 624, 625 (5th Cir.2007). The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

---

**UNITED STATES of America, Plaintiff–Appellee**

v.

**Carlos Antonio PANTOJA–VERDE, Defendant–Appellant.**

No. 07–50282
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Sept. 6, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Federal Public Defender's Office, Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before DeMOSS, DENNIS, and OWEN, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Carlos Antonio Pantoja–Verde raises arguments that are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. *See United States v. Pineda–Arrellano,* 492 F.3d 624, 625 (5th Cir.2007). The Government's motion for summary affirmance is GRANT-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

ED, and the judgment of the district court is AFFIRMED.

**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Magali VALVERDE–DELGADO,**
**Defendant–Appellant.**

No. 07–50322

Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Sept. 6, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Judy Fulmer Madewell, Federal Public Defender's Office, Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before DeMOSS, DENNIS, and OWEN, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Magali Valverde–Delgado raises arguments that are foreclosed by *Almendarez–Torres v. United States*, 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

§ 1326(b)(2) is a penalty provision and not a separate criminal offense. *See United States v. Pineda–Arrellano*, 492 F.3d 624, 625 (5th Cir.2007). The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Leandro RUIZ–ALVAREZ,**
**Defendant–Appellant.**

No. 07–50397

Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Sept. 6, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Henry Joseph Bemporad, Federal Public Defender, Federal Public Defender's Office, San Antonio, TX, for Defendant–Appellant.

Before DeMOSS, DENNIS, and OWEN, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Leandro Ruiz–Alvarez raises argu-

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be